FILED by DD D.C.

May 19, 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20363-CR-MORENO/O'SULLIVAN

18 U.S.C. § 2261A(2)(B)
18 U.S.C. § 875(d)
18 U.S.C. § 1951(a)

UNITED STATES OF AMERICA

vs.

KASSANDRA CRUZ,

        Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

Beginning in or about June 2015, the exact date being unknown, and continuing through on or about April 24, 2016, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**KASSANDRA CRUZ,**

with the intent to harass and intimidate a person, whose initials are "S.B.," used an interactive computer service, electronic communication service, an electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce to engage in a course of conduct that caused substantial emotional distress to "S.B.," in violation of Title 18, United States Code, Section 2261A(2)(B).

## COUNT 2

Beginning in or about June 2015, the exact date being unknown, and continuing through on or about April 24, 2016, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**KASSANDRA CRUZ,**

with the intent to extort money from a person, herein identified as "S.B.," did knowingly transmit in interstate commerce a communication to "S.B.," containing a threat to injure the reputation of "S.B.," that is, the defendant threatened to disseminate sexually explicit pornographic images and videos of "S.B.," in violation of Title 18, United States Code, Section 875(d).

## COUNT 3

Beginning in or about June 2015, the exact date being unknown, and continuing through on or about April 24, 2016, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**KASSANDRA CRUZ,**

did knowingly attempt to obstruct, delay and affect interstate commerce by extortion, as the terms "extortion" and "commerce" are defined in Title 18, United States Code, Section 1951(b)(2) and (b)(3), by attempting to obtain property of a person herein identified as "S.B.," with her consent, induced by the wrongful use of fear, in that the defendant did threaten to disseminate sexually explicit pornographic images and videos of "S.B.," if the defendant did not

receive money from "S.B.," in violation of Title 18, United States Code, Section 1951(a).

A TRUE BILL

_____
FOREPERSON

*[signature]*
WIFREDO A. FERRER
UNITED STATES ATTORNEY

*[signature]*
JODI ANTON
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

KASSANDRA CRUZ,

Defendants.
_____ /

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY**

Superseding Case Information:

**Court Division:** (Select One)

Miami __X__   Key West ____
FTL ____   WPB ____   FTP ____

New Defendant(s) ____ Yes ____ No
Number of New Defendants ____
Total number of counts ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    __No__
   List language and/or dialect   _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                      (Check only one)

   I    0 to 5 days      __X__           Petty       ____
   II   6 to 10 days     ____            Minor       ____
   III  11 to 20 days    ____            Misdem.     ____
   IV   21 to 60 days    ____            Felony      __X__
   V    61 days and over ____

6. Has this case been previously filed in this District Court?  _____ (Yes or No)
   If yes:
   Judge: _____  Case No. _____
         (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  __YES__  (Yes or No)
   If yes:
   Magistrate Case No.                  16-mj-02522-AOR
   Related Miscellaneous numbers:       _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of   _____
   Rule 20 from the District of         _____

   Is this a potential death penalty case?  _____ (Yes or No)

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ____ Yes  __X__ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  ____ Yes  __X__ No

_____
JODI ANTON
ASSISTANT UNITED STATES ATTORNEY
Court Number 184098

Penalty Sheet(s) attached                                    REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: <u>KASSANDRA CRUZ</u>          Case No: _____

Count: 1

Cyberstalking

18 U.S.C. § 2261A(2)(B) and 2261(b)(5)

\* **Max. Penalty:** 5 years' imprisonment; $250,000 fine; a term of up to 3 years' supervised release.

Count: 2

Extortion

18 U.S.C. § 875(d)

\***Max. Penalty:** 2 years' imprisonment; $250,000 fine; a term of up to 1 year of supervised release.

Count: 3

Hobbs Act Attempted Extortion

18 U.S.C. § 1951(a)

\***Max. Penalty:** 20 years' imprisonment; $250,000 fine; a term of at least 3 years' up to life supervised release.

Count:

\***Max. Penalty:**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable